IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON ANDERSON, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 1:05cv01898 (ESH) |
| BLACKHAWK, INC., | \| |
| Defendant. | \| |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

COMES NOW the Defendant, Blackhawk, Inc., by and through counsel, Bernadette Gartrell, Esquire, and moves This Honorable Court for an extension of time within which to file a responsive pleading on behalf of the said Defendant. As reasons and grounds therefore, the following is submitted:

1. That on or about December 6, 2005, Defendant was served with a copy of the Amended Complaint herein. Thus an answer to the Amended Complaint is due to be filed, within twenty (20) days, or by December 26, 2005.

2. Because of the absences for the holiday break in the defendant's offices, undersigned counsel needs an extension of time of not more than two weeks from the date of the filing hereof, to adequately investigate the factual and legal basis for this claim, and obtain records necessary to prepare an informed responsive pleading.

3. That counsel for the Plaintiff, James L. Kestell, Esquire, consents to defense counsel's request for an extension of time, to January 9, 2006.

**WHEREFORE**, it is respectfully respected that Defendant be allowed up to a two week extension of time, to wit, to January 9, 2006, within which to file a responsive pleading herein.

Respectfully submitted,

_____
Bernadette Gartrell #01927
Metro Plaza One, Suite 620
8401 Colesville Road
Silver Spring, Maryland 20910
(301) 589-8855; fax (301) 589-8866
E-mail: gartrell4law@aol.com

Attorney for Defendant Blackhawk, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of December, 2005, a copy of the foregoing Motion For Extension of Time, was mailed, first class postage prepaid, to James L. Kestell, Esquire and Michael P. Deeds, Esquire, **KESTELL & ASSOCIATES** , 209 Midvale Street, Falls Church, VA 22046-3510.

_____
Bernadette Gartrell