**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEON ANDERSON

       Plaintiff,

    v.                  C.A. No. 1:05cv01898 (ESH)

BLACKHAWK, INC.

       Defendant.

<u>THE PARTIES' LOCAL CIV. R. 16.3 STATEMENT</u>

1.  The parties agree that this case should be placed in the standard track.  There have been no dispositive motions filed in this case thus far.  Plaintiff does not believe that this case can be disposed of by motion.  Defendant may elect to file a dispositive motion at the close of discovery.

2.  The parties do not anticipate joining any other parties. The parties do not believe that any factual or legal issues can be further narrowed at this point.

3.  The plaintiff agrees to a magistrate judge for this case, but no agreement between the parties concerning this matter has yet been reached.

4.  The parties believe that there may be some possibility of settling this case after some discovery,

1

although not at this point, and will inform the court if the possibility of settlement becomes realistic at any time.

5.    The parties believe that mediation may be appropriate to consider in this case, if undertaken prior to extensive discovery.

6.    Plaintiff does not believe that this case can be disposed of by motion for summary judgment or motion to dismiss. Defendant believes that this case may be disposed of on motion for summary judgment or motion to dismiss at some point in the future.

The parties believe that the deadline for dispositive motions should be 45 days after the close of discovery, with oppositions due 21 days after service of a dispositive motion and a reply brief due 11 days after service of opposition.

7.    The parties propose that initial disclosures pursuant to Rule 26(a)(1) of the F.R.Civ.P. be dispensed with.

8.    The parties believe that discovery should close 120 days after the date of the scheduling order with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.

9.   The parties propose that plaintiff's Rule 26(a)(2) report be served 60 days before the close of discovery with defendant's report to be served 30 days thereafter. Plaintiff anticipates calling plaintiff's physician. However, plaintiff considers him a fact witness and not an expert witness.  Defendant does not anticipate any experts.

10.   There are no class issues involved in this case.

11.   The parties agree that neither discovery nor trial should be bifurcated.

12.   The parties propose that a final pre-trial date be set for 120 days after the close of discovery.

13.   The plaintiff proposes that a firm trial date be set at the first scheduling conference.  Defendant proposes that a trial date be set at the Pre-Trial Conference.


Respectfully submitted,

FOR THE PLAINTIFF

/s/
_____

Michael P. Deeds #466815
James L. Kestell #955310
KESTELL & ASSOCIATES
1012 14th Street,NW Ste 630
Washington, D.C. 20005
202 347-0990
fax 202 347-4482

FOR THE DEFENDANT

    /s/

_____
Bernadette Gartrell #71852
GARTRELL & ASSOCIATES
Metro One Plaza, Suite 620
8401 Colesville Rd.
Silver Spring, MD 20910
301 589-8855
fax 301 589-8866

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**LEON ANDERSON**

       **Plaintiff,**

   **v.**               **C.A. No. 1:05cv01898 (ESH)**

**BLACKHAWK, INC.**

       **Defendant.**

_____

**<u>SCHEDULING ORDER</u>**

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1.   This case will be placed on the standard track.

2.   Discovery will close on _____.

3.   Plaintiff's 26(a)(2) report will be due on _____. Defendant's 26(a)(2) report will be due _____.

4.   Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____.

5.   The pre-trial conference will be held on _____. Trial will commence on _____._____.

SO ORDERED THIS _____ day of _____, 2006.

5

_____
UNITED STATES DISTRICT JUDGE

cc:

     James L. Kestell
     Michael P. Deeds
     KESTELL & ASSOCIATES
     1012 14TH Street, NW, Suite 630
     Washington, D.C. 20005


     Bernadette Gartrell
     GARTRELL & ASSOCIATES
     Metro One Plaza, Suite 620
     8401 Colesville Rd.
     Silver Spring, MD 20910