UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**LEON ANDERSON**

       **Plaintiff,**

**v.**                             **C.A. No. 1:05cv01898 (ESH)**

**BLACKHAWK, INC.**

       **Defendant.**

_____

**NOTICE OF APPEARANCE**

I hereby enter the following appearance on behalf of the Plaintiff, Leon Anderson, in the above referenced matter:

> Jonathan L. Gould (D.C. Bar No. 491052)
> Kestell & Associates
> 1012 14th Street, NW, Suite 630,
> Washington, DC 20005
> Tel: (202) 347-3889
> Fax: (202) 347-4482
> Email jgould@igc.org

                                             Respectfully submitted,

                                             /s/_____

                                             Jonathan L. Gould
                                             (D.C. Bar No. 491052)
                                             1012 14th Street, NW, Suite 630,
                                             Washington, DC 20005
                                             Tel: (202) 347-3889
                                             Fax: (202) 347-4482
                                             Email jgould@igc.org