UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**LEON ANDERSON**

    **Plaintiff,**

  **v.**　　　　　　　　　　**C.A. No. 1:05cv01898 (JMF)**

**BLACKHAWK, INC.**

    **Defendant.**
_____

## NOTICE OF APPEARANCE

The court will please enter the appearance of Michael P. Deeds as counsel on behalf of the plaintiff in the above-captioned matter.

Respectfully submitted,

FOR THE PLAINTIFF

/s/
_____
Michael P. Deeds #466815
KESTELL & ASSOCIATES
1012 14th Street, NW Ste 630
Washington, D.C. 20005
202 347-4481
fax 202 347-4482