UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEON ANDERSON<br>1715 Dennis Ct,<br>Forestville, MD 20747-2587 | : : : | |
| Plaintiff, | : | Civil Action No. 1:05CV01898 (ESH) |
| v. | : | |
| BLACKHAWK, Inc.<br>6210 Auth Road, Suite 402,<br>Suitland, MD 20746 | : : | July14, 2006 |
| Defendant. | : : | |

ORDER

UPON CONSIDERATION OF plaintiff's Motion Requesting an Extension of Time, for good cause shown, it is hereby

ORDERED that plaintiff's motion is GRANTED. It is

FURTHER ORDERED that discovery be extended up to and including September 7, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc: James L. Kestell
Jonathan Gould
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Bernadette Gartrell
Gartrell & Associates
Metro One Plaza, Suite 620
8401 Colesville Rd.
Silver Spring, MD 20910