IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEON ANDERSON<br>1715 Dennis Ct,<br>Forestville, MD 20747-2587 | :<br><br>: |  |
| Plaintiff, | : |  |
| v. | : | Civil Action No. 1:05CV01898 (ESH/JMF) |
| BLACKHAWK, Inc.<br>6210 Auth Road, Suite 402,<br>Suitland, MD 20746 | :<br><br>: | August 8, 2006 |
| Defendant. | : |  |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The plaintiff, Leon Anderson, hereby moves for leave to file his first amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. A copy of the second amended complaint is attached hereto. Plaintiff's counsel has contacted counsel for defendant regarding his intent to file this motion on August 5, August 6 and August 8, 2006. Defendant's counsel has not provided her position on the plaintiff's filing of the motion.

As set forth in the memorandum of law attached hereto, the defendant will not be prejudiced should the Court grant the plaintiff leave to file the amendment. There amendment makes only minor changes in the pleadings. Further, discovery is still open should the defendant seek additional information from the plaintiff regarding his claims.

Respectfully Submitted,

The Plaintiff,
Leon Anderson

By_____/s/_____
Jonathan L. Gould
DC Bar # 491052
Bianca Karim
DC Bar No. 497834
Kestell and Associates
1012 14th Street, NW, Suite 630
Washington, DC  20005
Tel. 202-347-3889
Tel. No. 202-347-0990
Fax 202-347-4482
Email: jgould@igc.org
Email: bianca_karim@yahoo.com

Attorneys for the Plaintiff

2