**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LEON ANDERSON
1715 Dennis Ct,
Forestville, MD 20747-2587      :

        Plaintiff,        :

      v.              :     Civil Action No.
                               1:05CV01898 (ESH/JMF)

BLACKHAWK, Inc.        :
6210 Auth Road, Suite 402,        August 8, 2006
Suitland, MD 20746       :

       Defendant.       :

**<u>ORDER</u>**

UPON CONSIDERATION OF Plaintiff 's Motion for Leave to File Second

Amended Complaint

ORDERED that plaintiff's motion is GRANTED.

_____

UNITED STATES MAGISTRATE
JUDGE

cc: Jonathan L. Gould
Bianca Karim
Kestell & Associates
1012 14th Street, N.W., Suite 630
Washington, D.C. 20005

Bernadette Gartrell
Gartrell & Associates
Metro One Plaza, Suite 620
8401 Colesville Rd.
Silver Spring, MD 20910