**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEON ANDERSON                    :
1715 Dennis Ct,
Forestville, MD 20747-2587       :

       Plaintiff,          :

       v.                  :        Civil Action No. 1:05CV01898 (ESH/JMF)

BLACKHAWK, Inc.                  :
6210 Auth Road, Suite 402,                August 8, 2006
Suitland, MD 20746               :

       Defendant.          :

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The plaintiff, Leon Anderson, has moved for leave to file his first amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. A copy of the second amended complaint is attached hereto. Plaintiff's counsel has contacted counsel for defendant regarding his intent to file this motion. Defendant's counsel has not provided her position on the plaintiff's filing of the motion.

Under the principles embodied in Rule 15(a) of the Federal Rules of Civil Procedure, the federal courts have adopted a liberal policy of granting amendments absent prejudice to the defendant, <u>Foman v. Davis,</u> 37l U.S. 178, 182 (1962).  For the following reasons, the defendant will not be prejudiced by the filing of the second amended complaint.

The amendment makes no substantive change in the plaintiff's claims. It merely makes a change in the description of Mr. Anderson's contacts with the defendant after he

recovered from his injury, as well as the defendant's responses after these contacts.

The amendment also sets out a more accurate standard for pleading that the defendant did not act in good faith in violating the Family and Medical Leave Act, 29 U.S.C. §2601 et.seq. Finally, it clarifies that the plaintiff will be seeking costs and attorney's fees as part of the relief requested.  The defendant's counsel has been informed of all of these proposed changes.

Discovery is not scheduled to close until September 7, 2006, a month from the filing of this amendment. Because of the relatively minor changes set forth in the proposed amendment and the fact that the defendant has additional time to proceed with discovery, the defendant will not be prejudiced should the Court grant the plaintiff leave to file the amendment. Thus, the Court should grant the plaintiff's motion.

Respectfully Submitted,
The Plaintiff,
Leon Anderson

By_____/s/_____
Jonathan L. Gould
DC Bar # 491052
Bianca Karim
DC Bar No. 497834
Kestell and Associates
1012 14th Street, NW, Suite 630
Washington, DC  20005
Tel. 202-347-3889
Tel. No. 202-347-0990
Fax 202-347-4482
Email: jgould@igc.org
Email: bianca_karim@yahoo.com