IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON ANDERSON, | \|  |
| Plaintiff, | \|  |
| v. | \| Civil Action No. 1:05CV01898 <br> \| (JMF) |
| BLACKHAWK, INC., | \|  |
| Defendant. | \|  |

### DEFENDANT'S MOTION FOR A BRIEF EXTENSION OF TIME AND/OR FOR LEAVE, TO SUBMIT ANY SPECIAL JURY INSTRUCTIONS, WITH PLAINTIFF'S CONSENT

COMES NOW the Defendant, Blackhawk, Inc., by and through counsel, Bernadette Gartrell, Esquire, and moves This Honorable Court for an extension of time within which to file any special jury instructions on behalf of the Defendant, for incorporation into the Joint Pre-Trial Statement filed by the Plaintiff herein. As reasons and grounds therefore, the following is submitted:

1. Pursuant to the court's Pretrial Procedures Order, a Joint Pretrial Statement was to be filed eleven days (on Friday, December 8, 2006) before a Pre-Trial Conference to be held on Monday, December 19, 2006.  The parties were to meet and confer prior to the filing of same, on all pre-trial matters, as arranged by the Plaintiff.

2. Counsel for the parties conferred on the issues, and a Joint Pre-Trial Statement was efiled by the Plaintiff on Friday evening, December 8, 2006, after the parties last conferred in the early afternoon of the same date.  Undersigned counsel for the Defendant was ill [respiratory] at the time of the conferences and away from

her office and her file in this case. Initially, counsel mistakenly believed that the jury instructions, voir dire and verdict form were all due three days before the scheduled Pre-Trial Conference, instead of just the two latter pleadings. Plaintiff's counsel corrected this impression and courteously advised that he would not oppose a request to the Court for additional time, under the circumstances of counsel not feeling well, for Defendant's counsel to submit special jury instructions, if any. The parties did discuss the Plaintiff's proposed instructions that he would be efiling.

3. Undersigned counsel came into the office this evening [Saturday, December 9, 2006] to retrieve her file in this case, and prepare and efile this motion for additional time and/or for leave to file special jury instructions, along with counsel's timely submission of voir dire questions and verdict form, no later than Tuesday, December 12, 2006.

WHEREFORE, it is respectfully requested that the time within which the Defendant may file any special jury instructions be extended to Tuesday, December 12, 2006.

Respectfully submitted

/s/_____
Bernadette Gartrell #71852
Metro Plaza One, Suite 620
8401 Colesville Road
Silver Spring, Maryland 20910
(301) 589-8855; fax (301) 589-8866
E-mail: gartrell4law@aol.com
Attorney for Defendants

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of December, 2006, a copy of the foregoing Motion For Extension of Time, was faxed and emailed to Jonathan L. Gould, Esquire and Bianca Karim, Esquire, 1012 14th Street, N.W., Suite 630, Washington, D.C. 20005.

                                          /s/   Bernadette Gartrell_____
                                          Bernadette Gartrell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON ANDERSON, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 1:05cv01898 <br> \| (JMF) |
| BLACKHAWK, INC., | \| |
| Defendant. | \| |

## ORDER

Upon consideration of Defendant's Motion For Extension of Time And/Or For Leave To Submit Special Jury Instructions, with the consent of the Plaintiff, and it appearing that good cause has been shown, it is by the Court, this _____ day of December, 2006,

**ORDERED:** That the said motion is hereby **GRANTED**, and the Defendant may submit special jury instructions on or before December 12, 2006.

_____
JOHN M. FACCIOLA
United States Magistrate Judge

Copies to:

4

| | |
|---|---|
| Bernadette Gartrell, Esquire<br>Metro Plaza One, Suite 620<br>8401 Colesville Road<br>Silver Spring, MD 20910 | Jonathan L. Gould, Esquire<br>Biana Karim, Esquire<br>KESTELL & ASSOCIATES<br>1012 14th Street, NW, Suite 630<br>Washington, D.C. 20005 |