**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEON ANDERSON,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**BLACKHAWK, INC.,**<br><br>    **Defendant.** | **Civil Action No. 05-1898 (JMF)** |

**ORDER**

Following the pretrial conference held on December 19, 2006, the following is, hereby,

**ORDERED**:

**I.    Witnesses**

    A.    <u>Additional Witnesses</u>

Neither party may call any witness who is not listed in the Joint Pretrial Statement.

**II.    Exhibits**

    A.    <u>Additional Exhibits</u>

Neither party may offer any exhibit that is not listed in the Joint Pretrial Statement.

    B.    <u>Objections to Exhibits</u>

Defendant's objection to PEX #15 for authenticity pursuant to FRE 901 is overruled.

Plaintiff's objection to DEX #2 for authenticity pursuant to FRE 901 is also overruled.

Plaintiff's remaining objections to DEX #2 are preserved until trial, at which point the court will

rule on the objections if and when the exhibit is offered.

    **SO ORDERED.**

_____
**JOHN M. FACCIOLA**
**Dated:**                    **UNITED STATES MAGISTRATE JUDGE**