IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEON ANDERSON<br>1715 Dennis Ct,<br>Forestville, MD 20747-2587 | :<br><br>: | |
| Plaintiff | : | |
| v. | : | Civil Action No. 1:05CV01898 (ESH/JMF) |
| BLACKHAWK, Inc.<br>6210 Auth Road, Suite 402,<br>Suitland, MD 20746 | :<br><br>: | February 15, 2007 |
| Defendant. | : | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby agree to dismiss the above-captioned case without prejudice to re-open the case until April 2, 2007. Should counsel fail to move to extend or to re-open the case before that date, the matter shall, without further order, stand dismissed with prejudice, but without costs or attorneys' fees to either party.

Respectfully submitted,

By __/s/_ Jonathan L. Gould___
    Jonathan L. Gould
    DC Bar # 491052
    James L. Kestell
    DC Bar #955310
    Bianca Karim
    DC Bar No. 497834
    Kestell and Associates
    1012 14th Street, NW, Suite 630
    Washington, DC  20005
    Tel. 202-347-3889
    Tel. No. 202-347-0990
    Fax 202-347-4482
    email jgould@igc.org
    Attorneys for the Plaintiff,
    Leon Anderson

By __/s/ Bernadette Gartrell_____
    Bernadette Gartrell DC Bar #71852
    Metro Plaza One, Suite 620
    8401 Colesville Road, Suite 620
    Silver Spring, Maryland 20910
    301 589-8855; fax 301 589-8866
    Email:  gartrell4law@aol.com
Attorney for the Defendant, Blackhawk, Inc.

2